# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 27, 2012

Mr. Arthur Joel Berger
1239 Mariposa Avenue, Suite Three
Coral Gables, FL 33146

Mr. Andrew Goetz
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Mr. Peter S. Heller
9155 S. Dadeland Boulevard, Suite 1412
Miami, FL 33156

      Re:  Case No. 11-1360, *USA v. Juan Oleo*
           Originating Case No. : 2:09-cr-20221-8

Dear Counsel,

   The court today announced its decision in the above-styled case. This decision was originally issued as an "unpublished decision" filed on September 20, 2012. The court has now designated the opinion as one recommended for full-text publication. The date the opinion is deemed to have been filed will remain September 20, 2012. Also enclosed is a judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                   Yours very truly,

                                     Deborah S. Hunt, Clerk

                                     Cathryn Lovely
                                     Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 11-1360

**FILED**
SEP 2 0 2012
DEBORAH S. HUNT, Clerk

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

v.

JUAN DE OLEO,
    Defendant - Appellant.

Before: COLE and KETHLEDGE, Circuit Judges; THAPAR, District Judge.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk